UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRUCE CAMERON DAVIDSON,

                       Plaintiff,

        -v-

GUST, INC. AND OCRULUS, INC.

                       Defendants.

25-MC-00054

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On February 5, 2025, this Court, sitting in its Part I capacity, received an *ex parte* application from plaintiff Bruce Cameron Davidson for an order authorizing a subpoena for documents from Gust, Inc. ("Gust") identifying the account owners of the online profile owned by Ocrulus, Inc. ("Ocrulus"). The Court denies the application, as there is no basis for the requested relief to be issued on an *ex parte* basis. Should Davidson wish to continue to pursue such an order, it is to serve defendants with its moving papers, plus a copy of this order. Upon successfully effecting such service, Davidson is forthwith to file an affidavit on the docket of this case attesting to the fact of such service, and attaching the documents served. Defendants would then have two business days following the date of such service to respond. The Court does not invite a reply.

    SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: February 10, 2025
       New York, New York