UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRUCE CAMERON DAVIDSON,<br><br>         Plaintiff,<br>    -v-<br><br>GUST, INC. and OCRULUS, INC.<br><br>         Defendants. | 25-MC-00054<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On February 4, 2025, this Court received an *ex parte* application from plaintiff Bruce Cameron Davidson for an order authorizing a subpoena for documents from Gust, Inc. ("Gust") identifying the account owners of the online profile owned by Ocrulus, Inc. ("Ocrulus"). Dkt. 1. The Court denied the application, concluding that there was no basis for the requested relief to be issued on an *ex parte* basis. Dkt. 4. The Court directed Davidson to serve defendants with moving papers, plus a copy of the Order, and to file an affidavit to the docket attesting to the fact of such service. *See id.* On February 11, 2025, Davidson did so. Dkt. 5. The Order stated that defendants would thereafter have two business days following the date of such service to respond, making defendants' deadline February 13, 2025. *See id.* Defendants have not responded nor otherwise appeared in this action.

Accordingly, it is hereby ORDERED that Davidson's *ex parte* application for a subpoena to Gust for information sufficient to identify the owner(s) of the Ocrulus is hereby GRANTED. Davidson may serve Gust via its registered agent, and a courtesy email to its counsel, with a subpoena seeking the requested information in a form consistent with Dkt. 1, Exhibit 1, with a return date of no less than two weeks after service.

SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: March 4, 2025
      New York, New York